# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Jose Bonilla aka "Brcho" DEFENDANT(S). | 07-1885M-2 |
| | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest __11/15/2007__ __6:05__ ☒ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   __21 USC 846 — distribution of Meth.__
3. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☐ Yes   ☒ No   ☐ Unknown
5. Year of Birth: __1985__
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): __N/A__
8. Date detainer placed on defendant: __N/A__
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. __N/A__)
10. Name of Pretrial Services Officer: __Unknown__
11. Remarks (if any): __None__

12. Date: __11/15/07__         13. Signature: _____
14. Name: __Christopher A. Calarco__   15. Title: __Special Agent__

CR-64 (07/05)                REPORT COMMENCING CRIMINAL ACTION