UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. **07  01362** |
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | [21 U.S.C. §§ 846 and |
| | ) | 841(b)(1)(A)(viii): Conspiracy to |
| JUAN CARLOS FUENTES, | ) | Possess with Intent to Distribute |
| aka "Skinny," | ) | and to Distribute Methamphetamine; |
| JOSE BONILLA, | ) | 21 U.S.C. §§ 841(a)(1), |
| aka "Bicho," | ) | (b)(1)(B)(viii): Distribution of |
| aka "Nino," and | ) | Methamphetamine; 21 U.S.C. |
| JUAN MERCADO, | ) | §§ 841(a)(1), (b)(1)(C): |
| aka "Nica," | ) | Distribution of Methamphetamine] |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 846 and 841(b)(1)(A)(viii)]

A.  OBJECTS OF THE CONSPIRACY

Beginning on a date unknown, and continuing to on or about September 14, 2006, in Los Angeles County, within the Central District of California, and elsewhere, defendants JUAN CARLOS FUENTES, also known as "Skinny" ("FUENTES"), JOSE BONILLA, also known as "Bicho," also known as "Nino" ("BONILLA"), JUAN MERCADO,

1  also known as "Nica" ("MERCADO"), and others unknown to the Grand
2  Jury, conspired to commit offenses defined in Title 21, United
3  States Code, Section 841(a)(1), namely, (1) possession with
4  intent to distribute, and (2) distribution of, 50 grams or more
5  of methamphetamine, a Schedule II controlled substance.

6  B.   MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE
7       ACCOMPLISHED

8       The objects of the conspiracy were to be accomplished in
9  substance as follows:

10      1.   Defendant FUENTES would negotiate for the sale of
11  methamphetamine with prospective methamphetamine buyers.

12      2.   Defendants FUENTES, BONILLA, and/or MERCADO would then
13  meet with the prospective methamphetamine buyers at predetermined
14  locations to deliver the methamphetamine.

15      3.   Defendants FUENTES, BONILLA, and/or MERCADO would then
16  deliver the methamphetamine to the prospective methamphetamine
17  buyers in exchange for money.

18 C.   OVERT ACTS

19      In furtherance of the conspiracy and to accomplish the
20  objects of the conspiracy, defendants FUENTES, BONILLA, and
21  MERCADO, and others unknown to the Grand Jury, committed various
22  overt acts on or about the following dates, within the Central
23  District of California, and elsewhere, including, but not limited
24  to, the following:

25      1.   On or about January 25, 2006, by telephone, defendant
26  FUENTES agreed to sell approximately one ounce of methamphetamine
27  to an individual defendant FUENTES believed was a prospective
28  methamphetamine buyer, but who, unbeknownst to defendant FUENTES,

2

1 | was a confidential informant ("CI-1") for the Federal Bureau of
2 | Investigation.

3 |     2.  On or about January 26, 2006, defendant FUENTES
4 | delivered approximately 14.3 grams of methamphetamine to CI-1.

5 |     3.  On or about March 1, 2006, by telephone, defendant
6 | FUENTES agreed to sell approximately two ounces of
7 | methamphetamine to CI-1.

8 |     4.  On or about March 2, 2006, pursuant to the March 1, 2006
9 | telephone conversation between defendant FUENTES and CI-1,
10 | defendant BONILLA delivered approximately 12.9 grams of
11 | methamphetamine to CI-1.

12 |     5.  On or about April 18, 2006, by telephone, defendant
13 | FUENTES agreed to sell approximately one ounce of methamphetamine
14 | to an individual defendant FUENTES believed was a prospective
15 | methamphetamine buyer, but who, unbeknownst to defendant FUENTES,
16 | was a confidential informant ("CI-2") for the Federal Bureau of
17 | Investigation.

18 |     6.  On or about April 18, 2006, defendant FUENTES delivered
19 | approximately 7.9 grams of methamphetamine to CI-2.

20 |     7.  On or about April 25, 2006, by telephone, defendant
21 | FUENTES agreed to sell approximately two ounces of
22 | methamphetamine to CI-2.

23 |     8.  On or about April 25, 2006, defendant FUENTES delivered
24 | approximately 15.5 grams of methamphetamine to CI-2.

25 |     9.  On or about April 27, 2006, defendant FUENTES spoke by
26 | telephone with CI-2 regarding the quality of the methamphetamine
27 | that defendant FUENTES had sold to CI-2 on or about April 25,
28 | 2006.

1      10.   Between on or about May 22, 2006, and on or about May
2   25, 2006, defendant MERCADO agreed to sell approximately one
3   half-ounce of methamphetamine to CI-2 on behalf of defendant
4   FUENTES.

5      11.   On or about May 25, 2006, defendants FUENTES and
6   MERCADO delivered approximately 4 grams of methamphetamine to CI-
7   2.

8      12.   On or about September 14, 2006, by telephone, defendant
9   FUENTES agreed to sell methamphetamine to CI-2.

10      13.   On or about September 14, 2006, defendant FUENTES
11   delivered approximately 2.9 grams of methamphetamine to CI-2.

COUNT TWO

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii)]

On or about January 26, 2006, in Los Angeles County, within the Central District of California, defendant JUAN CARLOS FUENTES, also known as "Skinny," knowingly and intentionally distributed 5 grams or more, that is, approximately 14.3 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii)]

On or about March 2, 2006, in Los Angeles County, within the Central District of California, defendants JUAN CARLOS FUENTES, also known as "Skinny," and JOSE BONILLA, also known as "Bicho," also known as "Nino," knowingly and intentionally distributed 5 grams or more, that is, approximately 12.9 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii)]

On or about April 18, 2006, in Los Angeles County, within the Central District of California, defendant JUAN CARLOS FUENTES, also known as "Skinny," knowingly and intentionally distributed 5 grams or more, that is, approximately 7.9 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FIVE

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii)]

On or about April 25, 2006, in Los Angeles County, within the Central District of California, defendant JUAN CARLOS FUENTES, also known as "Skinny," knowingly and intentionally distributed 5 grams or more, that is, approximately 15.5 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SIX

[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

On or about May 25, 2006, in Los Angeles County, within the Central District of California, defendants JUAN CARLOS FUENTES, also known as "Skinny," and JUAN MERCADO, also known as "Nica," knowingly and intentionally distributed approximately 4 grams of methamphetamine, a Schedule II controlled substance.

9

COUNT SEVEN

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii)]

On or about August 11, 2006, in Los Angeles County, within the Central District of California, defendant JUAN MERCADO, also known as "Nica," knowingly and intentionally distributed 5 grams or more, that is, approximately 11.7 grams, of methamphetamine, a Schedule II controlled substance.

COUNT EIGHT

[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

On or about September 14, 2006, in Los Angeles County,
within the Central District of California, defendant JUAN CARLOS
FUENTES, also known as "Skinny," knowingly and intentionally
distributed approximately 2.9 grams of methamphetamine, a
Schedule II controlled substance.


A TRUE BILL


_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

RODRIGO A. CASTRO-SILVA
Assistant United States Attorney
Chief, General Crimes Section

E. MARTIN ESTRADA
Assistant United States Attorney
General Crimes Section