**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ORIGINAL

CASE SUMMARY

Case Number **07-01362**     Defendant Number 02
U.S.A. v. Jose Bonilla     Year of Birth 1985
☑ Indictment   ☐ Information     Investigative agency (FBI, DEA, etc.) FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A"**

**OFFENSE/VENUE**
a. Offense charged as a:   ☐ Petty Offense
   ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
b. Date of offense January 25, 2006 to September 14, 2006
c. County in which first offense occurred
   Los Angeles
d. The crimes charged are alleged to have been committed in:
   CHECK **ALL** THAT APPLY
   ☑ Los Angeles      ☐ Ventura
   ☐ Orange          ☐ Santa Barbara
   ☐ Riverside       ☐ San Luis Obispo
   ☐ San Bernardino  ☐ Other _____
Citation of offense 21 U.S.C. § 846; 21 U.S.C. § 841

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
   IF YES   Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any:  **MUST MATCH NOTICE OF RELATED CASE** N/A

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: November 2, 2007
   Case Number 07-1885-M
   Charging 21 U.S.C. § 846

The complaint:   ☑ is still pending
   ☐ was dismissed on: _____

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*      ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*      ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED **2** BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

This is the __N/A__ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
N/A
_____
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*      ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*      ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes      ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED **2** BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☑ Yes   ☐ No
IF YES, list language and/or dialect:
Spanish

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

**OTHER**
☑ Male                          ☐ Female
☐ U.S. Citizen                  ☑ Alien
Alias Name(s) Bicho, Nino

This defendant is charged in:   ☐ All counts
☑ Only counts: One and three

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?        ☐ Yes    ☑ No
IF YES, should matter be sealed? ☐ Yes    ☑ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud      ☐ public corruption
☐ government fraud                 ☐ tax offenses
☐ environmental issues             ☐ mail/wire fraud
☑ narcotics offenses               ☐ immigration offenses
☐ violent crimes/firearms          ☐ corporate fraud
☐ Other: _____

**CUSTODY STATUS**
Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?       ☐ Yes     ☐ No
d. Is a Fugitive          ☐ Yes     ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.     ☐ Yes     ☐ No

Defendant is **in** custody:
a. Place of incarceration:    ☐ State    ☑ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: No. 46644-112
d. ☑ Solely on this charge. Date and time of arrest: November 15, 2007
e. On another conviction:     ☐ Yes     ☐ No
   IF YES ☐ State             ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes    ☐ No
   IF YES ☐ State             ☐ Federal  AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date 12/11/07

Signature of Assistant U.S. Attorney

E. MARTIN ESTRADA
*Print Name*