# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:07-CR-01362-GPS          Recorder: CS 01/07/2008          Date: 01/07/2008

Present: The Honorable Rosalyn M. Chapman, U.S. Magistrate Judge

Court Clerk: Terry R. Baker                                    Assistant U.S. Attorney: Brian R. Michael

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 2) JOSE BONILLA, aka Bicho<br>    CUSTODY-PRESENT | 2) JEFF DOMINIC PRICE, Spedcial appearance by SALVADOR ALVA<br>        PANEL | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case was previously assigned to the calendar of District Judge George P. Schiavelli.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 02/05/2008 at 8:30 A.M.
    Status Conference 01/14/2008 at 10:00 A.M.
    Defendant and counsel are ordered to appear before said judge at the time and date indicated. All dates previously set remain.

00 : 04
Initials of Deputy Clerk: TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney, USMLA