1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   E. MARTIN ESTRADA (Cal. SBN: 223802)
4  Assistant United States Attorney
   Violent & Organized Crime Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3358
7       Facsimile: (213) 894-0141
        E-mail: Martin.Estrada@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10
                 UNITED STATES DISTRICT COURT
11
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
                       WESTERN DIVISION
13

14 UNITED STATES OF AMERICA,        ) CR No. 07-1362-GPS
                                    )
15              Plaintiff,          ) STIPULATION REGARDING CONTINUANCE
                                    ) OF TRIAL DATE AND EXCLUDABLE TIME
16         v.                       ) PERIODS UNDER THE SPEEDY TRIAL
                                    ) ACT
17 JUAN CARLOS FUENTES,             )
      aka "Skinny,"                 ) Current
18 JOSE BONILLA,                    ) Trial Date:  Feb. 5, 2008
      aka "Bicho,"                  )
19    aka "Nino," and               ) Proposed New
   JUAN MERCADO,                    ) Trial Date:  Apr. 29, 2008
20    aka "Nica,"                   )
                                    )
21              Defendants.         )
   _____

22      Plaintiff, United States of America, by and through its

23 counsel of record, Assistant United States Attorney E. Martin

24 Estrada, defendant Juan Carlos Fuentes, also known as "Skinny,"

25 by and through his counsel of record, Paul Horgan, and defendant

26 Jose Bonilla, also known as "Bicho," also known as "Nino," by and

27 through his counsel of record, Jeff Price, hereby stipulate as

28 follows:

1.  Defendant Bonilla first appeared before a judicial officer in the Court in which these charges are pending on November 15, 2007. Defendant Fuentes first appeared before a judicial officer in the Court in which these charges are pending on December 7, 2007. The indictment in this case was filed on December 11, 2007. Defendant Fuentes was arraigned on December 24, 2007. Defendant Bonilla was arraigned on January 7, 2008. The Speedy Trial Act of 1974, 18 U.S.C. §§ 3161 et seq., originally required that the trial commence on or before February 19, 2008.

2.  At the arraignment, trial was set for February 5, 2008.

3.  This is the first continuance requested, and the Court has not granted any other continuances of the trial date in this matter.

4.  By this stipulation, defendants moves to continue the trial date from February 5, 2008 to April 29, 2008, at 9:00 a.m.

5.  The parties estimate that the trial in this matter will last approximately 3 to 4 days.

6.  The parties agree and stipulate, and request that the Court find the following:

   A)  Defendants in the instant matter face significant criminal penalties. The indictment charges eight separate federal violations, including count one under 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) (Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine); counts two, three, four, five, and seven under 21 U.S.C. §§ 841(a)(1),

1  (b)(1)(B)(viii) (Distribution of Methamphetamine); counts six and
2  eight under 21 U.S.C. §§ 841(a)(1), (b)(1)(C) (Distribution of
3  Methamphetamine).
4        B)   Defense counsel are currently reviewing the
5  discovery against defendants and are conducting an extensive
6  investigation in this case.
7        C)   Defense counsel are also currently engaged in
8  negotiations regarding potential pretrial settlement of this
9  matter.  Defense counsel require more time to complete those
10 negotiations.
11       D)   Defense counsel have other matters scheduled for
12 trial in February 2008 and March 2008.
13       E)   Defendants believe that failure to grant the above-
14 requested continuance would deny him continuity of counsel.  The
15 government does not object to the continuance.
16       F)   Based on defense counsel's need to review
17 discovery and conduct an investigation in this matter, on-going
18 settlement negotiations, defense counsel's trial schedules, and
19 the numerous significant charges in this case, defense counsel
20 believe that failure to grant the above-requested continuance
21 would result in a miscarriage of justice because defense counsel
22 will not have sufficient time or information to conduct a proper
23 pre-trial investigation and evaluate defendants' legal options.
24 The government does not object to the continuance.
25       G)   Based on the above-stated findings, the ends of
26 justice served by continuing the case as requested outweigh the
27
28                                3

interest of the public and defendants in a trial within the original date prescribed by the Speedy Trial Act.

H) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence: The time period of from February 5, 2008, to and including April 29, 2008, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv) because it results from a continuance granted by the Court at the defendants' request without government objection on the basis of the judge's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendants in a speedy trial. Specifically, failure to grant the continuance requested by defendants would deny defendants continuity of counsel, deny defense counsel the reasonable time and information necessary for effective preparation, taking into account the exercise of due diligence, and result in a miscarriage of justice.

7. The parties agree and stipulate and request that the Court find that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

8. Defense counsel have conferred with defendants regarding the continuance of the trial date requested herein and advised them of their rights under the Speedy Trial Act. Defendants concur in the requested continuance and waive their

4

1 | rights under the Speedy Trial Act with respect to this
2 | stipulation. At a status conference held on January 14, 2008,
3 | defendant Fuentes and defendant Bonilla both consented on the
4 | record to a continuance of this matter to April 29, 2008 pursuant
5 | to the Speedy Trial Act.

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

Dated: January 18, 2008

E. MARTIN ESTRADA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: January 15, 2008

PAUL HOGAN HaRGAN

Attorney for Defendant
JUAN CARLOS FUENTES

Dated: January 18, 2008

JEFF PRICE / by E. Martin Estrada

Attorney for Defendant
JOSE BONILLA

5