## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 07-1362-GPS | Date | February 29, 2008 |
|---|---|---|---|

Present: The Honorable **GEORGE P. SCHIAVELLI**, United States District Judge

Interpreter

| Jake Yerke | Not Reported | Martin Estrada-Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) JUAN CARLOS FUENTES | | X | | Paul C. Horgan, Appt | | X | |
| 2) JOSE BONILLA | | X | | Jeff Price, Appt | | X | |
| 3) JUAN MERCADO | | X | | 3) Hilary Potashner | | X | |

**Proceedings:** **(IN CHAMBERS) NOTICE RE CONTINUANCE OF STATUS CONFERENCE AND SCHEDULING OF CHANGE OF PLEA**

    The Court hereby continues the status conference for defendants Fuentes and Mercado currently set for February 25, 2008 to **April 14, 2008 at 10:00 a.m.** and schedules a change of plea hearing for defendant Bonilla for **April 14, 2008 at 10:00 a.m.**

                                                                                                                                        :

Initials of Deputy Clerk   JY