UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR 07-1362-GPS | Date | April 14, 2008 |

Present: The Honorable **GEORGE P. SCHIAVELLI**, United States District Judge

Interpreter

| Jake Yerke | Rosalyn Adams | Martin Estrada |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) JOSE BONILLA aka Bicho | X | X | | 2) Jeff Dominic Price, Appt | X | X | |

**Proceedings:**   **CHANGE OF PLEA**

X   Defendant moves to change plea to Count 3 of the Indictment, states true name and is sworn.

X   The Court questions the defendant regarding his intention to enter a plea of GUILTY and advises the defendant of his Constitutional Rights.

X   Defendant now enters a new and different plea of GUILTY to Count 3 of the Indictment.

X   The Court FINDS the plea to be knowledgeable and voluntary and orders the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for an investigation and Presentence Report and continues the matter to **July 14, 2008** at **10:00 a.m.** for sentencing.

X   The Court orders the Jury Trial VACATED as to this defendant.

X   The Court orders that the plea agreement be incorporated by reference.

_   Previously posted bail to stand.

_   **The court orders the transcript of these proceedings to be filed under seal.**

_   OTHER:

                                                                                : 25

                                                      Initials of Deputy Clerk   JY