## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 07-1362-RHW-2 | Date | February 18, 2009 |
|---|---|---|---|

| Present: The Honorable | ROBERT H. WHALEY, U.S. DISTRICT JUDGE, SITTING BY DESIGNATION |
|---|---|
| Interpreter | N/A |

| Michelle Fox/Paul Pierson | Rosalyn Adams | Kerry O'Neill |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) JOSE BONILLA | X | | X | 2) Jeff Price | X | X | |

**Proceedings:**   SENTENCING HEARING

COURT discusses Para. 43.  COURT rules on criminal history.

No additional changes to presentence report by defendant.  Defendant speaks to the Court.  Asks for drug treatment.  J. Price presents argument.

K. O'Neill presents argument on criminal history.  Outlines recommendation.

J. Price responds to criminal history points.  K. O'Neill responds.

COURT rules on criminal history.  Sentence defendant to 60 months.  Supervised Release 5 years.  Conditions outlined.  Waive fine.  $100 SPA.  Subject to search provision.  Waiver of right to appeal discussed.  Recommend Southern California facility.

Move to dismiss remaining count.  COURT grants Motion.

cc: U.S. PROBATION OFFICE

|  | : | 15 |
|---|---|---|
| Initials of Deputy Clerk | mf/pdp | |