# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

| | | |
|---|---|---|
| Case No.   CR 07-1362-RHW | | Date   2/18/09 |

Present: The Honorable   ROBERT H. WHALEY, CHIEF, U.S. DISTRICT JUDGE, EASTERN DISTRICT OF WASHINGTON

| Michelle Fox/Paul Pierson | Rosalyn Adams | Kerry O'Neill |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| 2) Jose Bonilla | X | ☐ | 2) Jeffrey Dominic Price | ☐ | ☐ | X | N/A |

**PROCEEDINGS:   SENTENCING AND JUDGMENT HEARING   ☐ Contested   X Non-Evidentiary**

Day ___ (if continued from a prior hearing date)

\_\_\_ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   _X_ Refer to separate Judgment Order.

\_\_\_ Imprisonment for _Years/months_ on each of counts _____
Count(s) _____ concurrent/consecutive to count(s) _____
\_\_\_ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
\_\_\_ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
\_\_\_ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
\_\_\_ years/months Supervised Release/Probation imposed on count(s) _____
consecutive/concurrent to count(s) _____
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

   \_\_\_ Perform _____ hours of community service.
   \_\_\_ Serve _____ in a CCC/CTC.
   \_\_\_ Pay   $_____ fine amounts & times determined by P/O.
   \_\_\_ Make  $_____ restitution in amounts & times determined by P/O.
   \_\_\_ Participate in a program for treatment of narcotic/alcohol addiction.
   \_\_\_ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
   \_\_\_ Other conditions: _____

\_\_\_ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

\_\_\_ Pay   $_____ per count, special assessment to the United States for a total of   $_____
\_\_\_ Imprisonment for _months/years_ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within _days/months_ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

_X_ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
_X_ The Court advised the defendant that he has waived his right to appeal.
\_\_\_ ORDER sentencing transcript for Sentencing Commission.   _X_ Processed statement of reasons.
\_\_\_ Bond exonerated _____ upon surrender _____ upon service of _____
\_\_\_ Execution of sentence is stayed until 12 noon, _____
at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
\_\_\_ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
\_\_\_ Issued Remand/Release   # _____
\_\_\_ Present bond to continue as bond on appeal.   _____ Appeal bond set at   $_____
\_\_\_ Filed and distributed judgment. ENTERED.
\_\_\_ Other _____

                                                                _____ : _____
Initials of Deputy Clerk   MF/PDP